JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELECIO M. CARDONA,<br><br>        Petitioner,<br><br>        v.<br><br>VENTURA COUNTY,<br><br>        Respondent. | Case No. 2:18-cv-06103-SJO (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Successive Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: August 22, 2018

*S. James Otero*

HON. S. JAMES OTERO
U.S. DISTRICT JUDGE